United States District Court
Southern District of Texas
**ENTERED**
March 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM SANCHEZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:17-CV-269 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# FINAL JUDGMENT

On March 12, 2018, this Court dismissed the above-captioned case. Accordingly, the Court **ORDERS** the entry of Final Judgment in this case and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 12th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge